UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DARLENE HUGHES,**

    *Plaintiff,*

v.                                                                   CASE NO. 1:15cv7-MW/GRJ

**FAMILY LIFE CARE INC,**

    *Defendant.*

_____/

**O R D E R**

    This matter is before the Court on Defendant's Emergency Motion to Stay with Bond Pending Appeal, ECF No. 74, and Plaintiff's Response, ECF No. 75. On September 30, 2016, this Court entered a judgment following a bench trial in favor of Plaintiff against Defendant in the amount of $16,820.98. ECF No. 67. A judgment for court costs was entered on October 3, 2016 in the amount of $1,900. ECF No. 70. Defendant appealed the judgment, ECF No. 71, and filed the instant motion to stay enforcement of the final judgment pending appeal. ECF No. 74.

    In the motion, Defendant proposes to file a cash bond with the Clerk's Office in the amount equal to the judgment plus court costs, plus two years of interest at a 4.78%, for a total amount of $20.511.69. Plaintiff did not object to the stay, but argues that the proposed bond amount is too low as it does

not provide for attorney's fees. ECF No. 75. The Court grants the motion for a stay, but agrees that the bond amount should be increased to include attorney's fees. Because attorney's fees have not yet been agreed upon in this case by both parties,[1] the Court will set the bond amount for attorney's fees as the average of their two proposed figures[2], which is $70,532.50 (before interest). This amount reflects a fair approximation of attorney's fees.  This amount, plus interest at the rate of 4.78%, shall be added to the proposed bond amount.

Furthermore, Plaintiff has filed a Motion for Issuance of Post-Judgment Writ of Garnishment. ECF No. 83. Due to the stay, the motion is denied. Finally, Plaintiff has filed a Motion for Attorney's Fees, ECF No. 79, and Defendant responded, ECF No. 84. Neither party has requested a hearing on the matter, so the Court shall rule on the papers only. As Defendant has now filed a response, Plaintiff shall have four days to file a reply, and if necessary, Defendant shall have four days after Plaintiff files her reply to file a surreply.

Accordingly, it is hereby **ORDERED**:

1)   The Clerk is directed to reopen the file to the extent necessary to handle this motion.

---

[1] The matter of attorney's fees is still pending before the Court. Plaintiff filed a Motion for Attorney's Fees, ECF No. 79, and Defendant responded. ECF No. 84. The exact determination of fees will be addressed by the Court once the parties have filed replies.

[2] Plaintiff's motion, ECF No. 79, proposes attorney's fees in the amount of $100,440. Defendant's response, ECF No. 84, proposes the amount of $40,625.

*Case No: 1:15-cv-00007-MW-GRJ*

2) Defendant's Motion to Stay with Bond Pending Appeal, ECF No. 74, is **GRANTED** but the Court increases the amount of the bond to $99,543.26, which represents $25,639.31 for the judgment plus interest, plus $73,903.95 for attorney's fees plus interest.

3) Plaintiff's Motion for Issuance of Post-Judgment Writ of Garnishment, ECF No. 83, is **DENIED.**

4) As to the Motion for Attorney's Fees, ECF No. 79, Plaintiff shall file a reply, if any, on or before Monday, November 14, 2016, and Defendant file a surreply, if any, on or before Friday, November 18. This Court will take the matter under advisement on Monday, November 21, 2016.

**SO ORDERED on November 10, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**